IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| TERRI GREENE, | ) |
| Plaintiff, | ) ) ) |
| | ) Docket No. 3:13-cv-01038 |
| ROBERTSON COUNTY BOARD OF EDUCATION, | ) ) JUDGE HAYNES ) JURY DEMAND ) |
| Defendant. | ) |

Handwritten annotation by Judge: "Denied based upon the Defendants' response (Doc. No. 23) this motion is DENIED as moot, but without prejudice to renew based upon the Defendants' actual discovery responses. Will␣␣ USDJ 7-21-14"

## PLAINTIFF'S MOTION TO COMPEL

Plaintiff Terri Greene ("Plaintiff"), by and through counsel, hereby moves this Court pursuant to Federal Rules of Civil Procedure 34 and 37, to compel Defendant Robertson County Board of Education ("Defendant") to provide responses to Plaintiff's First Set of Interrogatories ("Interrogatories") and Requests for Production of Documents ("Requests for Production"). Plaintiff would additionally request that Defendant be compelled to provide its Rule 26(a)(1) initial disclosures. In support of this Motion, Plaintiff has contemporaneously filed its Memorandum of Law.

Wherefore, Plaintiff moves this Court for an Order compelling Defendant to provide responses to Plaintiff's Interrogatories and Requests for Productions within ten (10) business days from entry of the Court's Order granting this Motion and for an award of Plaintiff's attorney's fees incurred in filing this Motion.

Respectfully submitted,

/s/ Andy L. Allman
Andy L. Allman, BPR No. 17857
103 Bluegrass Commons Blvd.
Hendersonville, TN 37075
Telephone: (615) 824-3761
Facsimile: (615) 824-2720
andylallman@comcast.net