IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| TERRI GREENE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) Docket No. 3:13-cv-01038 |
| | ) |
| ROBERTSON COUNTY AND | ) |
| ROBERTSON COUNTY BOARD OF | ) |
| EDUCATION, | ) JUDGE HAYNES |
| | ) JURY DEMAND |
| | ) |
| Defendant. | |

NOTICE OF WITHDRAWAL OF SECOND MOTION TO COMPEL

COMES NOW Plaintiff, through counsel, and hereby withdraws her Second Motion to Compel filed on July 28, 2014 (Docket No. 25).

[Handwritten annotation: Granted upon this nature, Plaintiff's motion (Disn b 28) is DENIED without prejudice as moot. [signature] 9-9-14]

Respectfully submitted,
ANDY L. ALLMAN & ASSOCIATES

___/s/ Andy L. Allman___
Andy L. Allman, BPR No. 17857
103 BLUEGRASS COMMONS BLVD.
Hendersonville, TN 37075
Telephone: (615) 824-3761
Facsimile: (615) 824-2674
andy@andylallman.com